**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CARL FREDERICK ROBINSON**                                                                       **PLAINTIFF**

**V.**                                        **4:13-cv-00170-BRW-HDY**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                  **DEFENDANT**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted

by United States Magistrate Judge H. David Young.  No objections have been filed and the time

for doing so has passed.  After careful consideration, the Court concludes that the Proposed

Findings and Recommended Disposition is approved and adopted in their entirety as this Court's

findings in all respects.

Accordingly, Plaintiff's complaint against Defendants is DISMISSED with prejudice.

IT IS SO ORDERED this 18th day of July, 2014.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE